AP-77,033
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/14/2015 1:47:30 PM
Accepted 10/14/2015 2:52:17 PM
ABEL ACOSTA
CLERK

CASE NO. AP-77,033

# COURT OF CRIMINAL APPEALS
## OF TEXAS

GEORGE THOMAS CURRY, APPELLANT

*granted*
*PC*
*10-26-15*

V.

THE STATE OF TEXAS, APPELLEE

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW GEORGE THOMAS CURRY, appellant, by and through his attorney of record, KURT B. WENTZ, who files this Appellant's Motion for Extension of Time to File Appellant's Brief and in support thereof would show this Court as follows:

### I.

The appellant has been guilty of capital murder and sentenced to death. The appeal of his case is automatic.

### II.

The appellant remains indigent and requires the assistance of appointed counsel.

### III.

This Court has extended the time for filing the appellant's brief on four occasions and it is now presently due on October 15, 2015.

IV.

The attorney for the appellant will not be able to complete the appellant's brief by October 15, 2015.

V.

While counsel has filed a motion to withdraw as the appellant's attorney of record, that request was denied.

VI.

While this Court is obviously concerned with the timely filing of the appellant's brief counsel has not been able to complete Mr. Curry's brief for the following reasons:

A. In early August, 2015 counsel fell. The fall resulted in a broken hip that required hip replacement surgery by Dr. Daniel Le at Houston Methodist Hospital. The surgery, hospitalization, and convalescence that followed severely limited counsel's ability to complete his appellate and trial work.

B. On October 12, 2015 counsel began trial in the death penalty case entitled *The State of Texas v. William Mason* in the 228th District Court of Harris County, Texas. It has been estimated by others that this trial will last until November 20, 2015. The time counsel has had to spend familiarizing himself with the record in this capital murder retrial and familiarizing himself with Mr. Mason's personal history has compromised his ability to complete the appellant's brief.

C. Counsel has not neglected his appellate work in spite of the foregoing and has recently completed and filed a nondeath capital murder brief in *Vicente Eddie Matta* with the 14th Court of Appeals on October 14, 2015.

VII.

Because counsel's other cases have been reset until the end of November and December it is anticipated that counsel will not be able to complete Mr. Curry's brief until January 22, 2016.

VIII.

This motion is not intended for the purposes of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the appellant prays that the Court extend the time for filing the appellant's brief to January 22, 2016.

Respectfully submitted,

/s/ KURT B. WENTZ
KURT B. WENTZ
5629 Cypress Creek Parkway,
Suite 115
Houston, Texas 77069
Phone: 281/587-0088
State Bar No. 21179300
e-mail: kbsawentz@yahoo.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct paper copy of the Appellant's Fourth Motion for Extension of Time to File Appellant's Brief was served on the Assistant District Attorney for Harris County, Texas presently handling this Cause on the 14th day of October, 2015.

/s/ KURT B. WENTZ
KURT B. WENTZ